ROBYN M. REBERS, OSB #034309
Robyn M. Rebers, LLC
P.O. Box 3530
Wilsonville, OR 97070
Tel:    (503) 871-8890
Fax:   (888) 398-8793
robyn@reberslaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JORDAN P. HOFER,** | CV No.: 6:18-cv-00980-SB |
| Plaintiff, | |
| | ORDER FOR EAJA FEES |
| v. | |
| **ANDREW M. SAUL**<br>COMMISSIONER SOCIAL SECURITY, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $6,384.24 and costs in the amount of $400.00, for a total of $7234.24, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment

of these amounts to his attorney. If it is determined that Plaintiff has debt subject to the Treasury Offset Program, then the check for the remaining funds after offset of the debt shall be made payable to Plaintiff. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070. IT IS SO ORDERED.

DATED this 17th day of December, 2019.

_____
STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff